Sheehan & Associates, P.C.            60 Cuttermill Rd Ste 409, Great Neck NY 11021-3104
spencer@spencersheehan.com          tel. (516) 268-7080     fax (516) 234-7800

June 10, 2021

District Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

           Re:    1:21-cv-00705
                 Zahora v. Orgain LLC

Dear District Judge Kendall:

      This office represents Plaintiff in the above-referenced case. The Parties write with respect to this Court's minute order entry of May 4, 2021 [Dkt. No. 6], whereby the Initial Status Conference in the above-referenced matter was reset, from May 6, 2021 to June 24, 2021, pursuant to the Parties' request [Dkt. No. 5].

      The Parties request an additional extension of the date for the Initial Status Conference. Lead counsel for Orgain in this matter has notified Plaintiff that they are in the process of transitioning from their current law firm to a new one, which transition is expected to be conducted the week of June 14, 2021.

      Orgain requested, and Plaintiff has agreed to, an extension of Orgain's responsive pleading deadline from June 14, 2021 to June 28, 2021, which will allow Orgain to finalize arrangements with (current or new) counsel in this matter prior to filing its response to the Complaint.

      Based on Orgain's response to the Complaint, Plaintiff will be in a better position to assess whether she will amend or stand on her pleading. This, in turn, will aid the Parties in preparing for, and reporting to this Court at, the Initial Status Conference. For the foregoing reasons, the Parties respectfully request and propose the Initial Status Conference be continued to July 15, 2021, with the Parties' Joint Status Report due no later than July 9, 2021.

      We appreciate the Court's consideration. Thank you.

                                       Respectfully submitted,

                                       /s/Spencer Sheehan

**Certificate of Service**

I certify that on June 10, 2021, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan